1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR REYNOSA, JR.., NATALIE HEREDIA AND ALBERTO MUNIZ,  individuals, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Corporation; and Does 1 through 50, Inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-01096-WBS-KJN<br><br>**ORDER GRANTING STIPULATION FOR LEAVE FOR PLAINTIFFS TO FILE A FIRST AMENDED COMPLAINT** |

ORDER GRANTING STIPULATION FOR LEAVE FOR PLAINTIFFS TO FILE A FIRST
AMENDED COMPLAINT
Case No.  2:21-cv-01096-WBS-KJN

# ORDER

**GOOD CAUSE APPEARING**, the Court hereby approves Plaintiffs SALVADOR REYNOSA, JR., NATALIE HEREDIA AND ALBERTO MUNIZ ("Plaintiffs") and Defendant HOME DEPOT U.S.A., INC. ("Defendant") Stipulation for leave to file a First Amended Complaint, and hereby orders as follows:

1. The Parties' Stipulation for Leave for Plaintiff to File a First Amended Complaint is GRANTED; and
2. Defendant shall have thirty (30) days to respond after the service of the First Amended Complaint.

**IT IS SO ORDERED.**

Dated: October 26, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION FOR LEAVE FOR PLAINTIFFS TO FILE A FIRST AMENDED COMPLAINT

Case No. 2:21-cv-01096-WBS-KJN