# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS PATTON, SALVADOR REYNOSA, JR., NATALIE HEREDIA AND ALBERTO MUNIZ, individuals, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Corporation;<br>and DOES 1 through 50, Inclusive,<br><br>Defendant. | Case No. 2:21-cv-01096-WBS<br><br>Assigned for all purposes to Honorable William B. Shubb<br><br>**ORDER GRANTING DISMISSAL OF PLAINTIFF NATALIE HEREDIA WITHOUT PREJUDICE**<br><br>Complaint Filed: January 26, 2021<br>Removal Filed: April 9, 2021<br>Trial Date: None |

The Court has reviewed the Parties' Stipulation to Dismiss Plaintiff NATALIE HEREDIA's claims Without Prejudice. Good cause appearing therefore, it is hereby ordered that the Stipulation is granted and Plaintiff NATALIE HEREDIA's claims are dismissed without prejudice. Each side is to bear their own respective fees and costs with resepct to dismissal of the aforementioned Plaintiffs.

**IT IS SO ORDERED.**

Dated: December 3, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE