UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS PATTON, SALVADOR REYNOSA, JR., AND ALBERTO MUNIZ, individuals, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Corporation; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 2:21-cv-01096-WBS-KJN<br><br>**[Discovery Matter]**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY THE SCHEDULING ORDER**<br><br>United States Magistrate Judge Kendall J. Newman |

Having considered the Parties' Stipulation to Modify the Scheduling Order, and for good cause shown, IT IS HEREBY ORDERED THAT the following modifications shall be made to the Pretrial Scheduling Order (Dkt. No. 28) and the previous Order to Modify the Scheduling Order (Dkt. No. 36):

| | Former Date | New Date |
|---|---|---|
| Phase One Discovery Cut-Off | 4/29/22 | 7/01/22* |
| ~~Deadline to File Motion to Compel Phase One Discovery~~ | -- | ~~7/01/22~~ |
| Expert Disclosures – Phase 1 | 5/2/22 | 7/08/22 |
| Rebuttal Expert Disclosures | 5/24/22 | 7/29/22 |
| Phase I- Expert Discovery Cut-Off | 6/10/22 | 8/19/22 |
| Last day to file MSJ | 6/24/22 | 9/02/22 |
| Last day to file Opposition to MSJ | 7/29/22 | 10/07/22 |
| Last day to file Reply in Support of MSJ | 8/26/22 | 11/04/22 |
| Expert Disclosures (Phase 2) | 10/14/22 | 12/23/22 |
| Rebuttal Expert Disclosures (Phase 2) | 11/4/22 | 1/13/23 |
| Phase Two Discovery Cut-Off, with exception of Declarant Depositions | 3/24/23 | 6/02/23 |
| Last day to file Motion for Class Certification | 4/28/23 | 7/07/23 |
| Last day to file Opposition to Motion for Class Certification | 6/9/23 | 8/18/23 |
| Last day to file Reply in Support of Motion for Class Certification | 7/21/23 | 9/29/23 |

* All motions to compel discovery concerning the first phase of discovery must be noticed so that such motions may be heard not later than the discovery deadline of 7/01/22. The parties shall take note of the court's amendment of its local rules concerning civil motion and discovery motion procedure, effective March 1, 2022.

///

**IT IS SO ORDERED.**

Dated: March 2, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

3

STIPULATION TO MODIFY THE
SCHEDULING ORDER
CASE 2:21-CV-01096-WBS-KJN