# UNTED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS PATTON, SALVADOR REYNOSA, JR., AND ALBERTO MUNIZ, individuals, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Corporation; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 2:21-cv-01096-WBS-KJN<br><br>**ORDER GRANTING DISMISSAL OF PLAINTIFF ALBERTO MUNIZ WITHOUT PREJUDICE** |

The Court has reviewed the Parties' Stipulation to Dismiss Plaintiff Alberto Muniz Without Prejudice. Good cause appearing therefore, it is hereby ordered that the Stipulation is granted, and Plaintiff ALBERTO MUNIZ is dismissed without prejudice from this matter. The matter will continue with Plaintiffs DOUGLAS PATTON, SALVADOR REYNOSA, JR. as the sole named Plaintiffs, alleging class claims on behalf of themselves and other similarly situated persons. Each side is to bear their own respective fees and costs with respect to the dismissal without prejudice of Plaintiff ALBERTO MUNIZ.

**IT IS SO ORDERED.**

Dated: March 4, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE