UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS PATTON, SALVADOR REYNOSA, JR., AND ALBERTO MUNIZ, individuals, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Corporation; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 2:21-cv-01096-WBS-KJN<br><br>**[Discovery Matter]**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY THE SCHEDULING ORDER**<br><br>United States Magistrate Judge Kendall J. Newman |

Having considered the Parties' Stipulation to Modify the Scheduling Order, and for good cause shown, IT IS HEREBY ORDERED THAT the following modifications shall be made to the Pretrial Scheduling Order (Dkt. Nos. 28, 36, 42):

|  | Former Date | New Date |
|---|---|---|
| Phase One Discovery Cut-Off | 7/01/22 | 9/02/22 |
| Expert Disclosures – Phase 1 | 7/08/22 | 9/09/22 |
| Rebuttal Expert Disclosures | 7/29/22 | 9/30/22 |
| Phase I- Expert Discovery Cut-Off | 8/19/22 | 10/21/22 |
| Last day to file MSJ | 9/02/22 | 11/04/22 |
| Last day to file Opposition to MSJ | 10/07/22 | 12/09/22 |
| Last day to file Reply in Support of MSJ | 11/04/22 | 1/06/23 |
| Expert Disclosures (Phase 2) | 12/23/22 | 2/24/23 |
| Rebuttal Expert Disclosures (Phase 2) | 1/13/23 | 3/17/23 |
| Phase Two Discovery Cut-Off, with exception of Declarant Depositions | 6/02/23 | 8/04/23 |
| Last day to file Motion for Class Certification | 7/02/23 | 9/04/23 |
| Last day to file Opposition to Motion for Class Certification | 8/18/23 | 10/20/23 |
| Last day to file Reply in Support of Motion for Class Certification | 9/29/23 | 12/01/23 |

**IT IS SO ORDERED.**

Dated: July 5, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE