UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SALVADOR REYNOSA, JR., NATALIE HEREDIA, and ALBERTO MUNIZ, individuals, on behalf of themselves and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT, U.S.A., INC., a corporation; and Does 1 through 50, Inclusive,<br><br>Defendant. | No. 2:21-cv-1096 WBS KJN<br><br>ORDER RELATING CASES |
| LI FAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | No. 1:21-cv-1355 JLT SAB |

1

1                       ----oo0oo----

2              Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because both cases are putative class actions based in part on off-the-clock work by Home Depot's non-exempt employees during pre-shift temperature checks.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

              The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

              IT IS THEREFORE ORDERED that the actions denominated <u>Reynosa v. Home Depot U.S.A., Inc.</u>, 2:21-cv-1096 WBS KJN, and <u>Fan v. Home Depot U.S.A., Inc.</u>, No. 1:21-cv-1355 JLT SAB, be, and the same hereby are, deemed related.  The case denominated <u>Fan v. Home Depot U.S.A., Inc.</u>, No. 1:21-cv-1355 JLT SAB, shall be reassigned to the Honorable WILLIAM B. SHUBB.  Any dates currently set in the reassigned case only are hereby VACATED.  Henceforth, the captions on documents filed in the reassigned case shall be shown as <u>Fan v. Home Depot U.S.A., Inc.</u>, No. 1:21-cv-1355 WBS KJN.

              IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to

1 | compensate for this reassignment.

3 | Dated: July 28, 2022

*[Signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE