UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS PATTON, SALVADOR REYNOSA, JR., AND ALBERTO MUNIZ, individuals, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Corporation; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 2:21-cv-01096-WBS-KJN<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY THE CASE PENDING MEDIATION**<br><br>Hon. William B. Shubb |

Having considered the Parties' Joint Stipulation to Stay Pending Mediation, and for good cause shown, IT IS HEREBY ORDERED as follows:

1. The action, including all formal discovery, will be stayed through mediation set for November 14, 2022 and dates contained in the prior scheduling order [Dkt. 50] are vacated;

2. The Parties shall file a joint report with the Court by November 28, 2022 (two weeks post-mediation) concerning the results of the mediation and status of documenting any agreement or a proposed new scheduling order; and

3. To the extent the mediation is cancelled by one or more of the Parties, the stay shall lift and the Parties will promptly notify the Court of the cancellation.

Dated:  September 16, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE